IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION

IN RE: WAYNE LEWIS, SR.

CHAPTER 13
CASE NO. 13-00327-EE
DOCKET NO. 18

AGREED ORDER

THIS DAY this cause came on to be heard on the Objections to Confirmation of Chapter 13 Plan and the parties having reached an agreement as to said Objections, and the Court being fully advised of same, and finding that it has jurisdiction of the parties and of the subject matter, finds that the agreement should be incorporated into the order as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED:

(A) that the arrearage claim of Selene Finance, LP shall be paid in the amount of $44,374.44 through the February, 2013 payment;

(B) that ongoing post petition mortgage payments shall commence with the March, 2013 payment in the amount of $945.24;

(C) that the arrearage claim of Selene Finance, LP shall be paid throughout the remaining term of the Bankruptcy;

(D) that the debtor's plan shall be amended to reflect said amount and the wage order increased, if necessary, to provide for the payment of said amount over the life of the plan.

SO ORDERED AND ADJUDGED

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: May 28, 2013

Agreed and Approved:

_____
Bradley F. Jones, Attorney for
Selene Finance, LP
ADAMS & EDENS, P.A.
Post Office Box 400
Brandon, MS 39043-0400
(601) 825-9508 Ext. 19
Mississippi Bar No. 9731

_____
Robert Rex McRaney, Jr., Attorney for
Debtors with permission

_____
James L. Henley, Jr., Trustee
Attorney for Trustee